UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIVA AKHAVIZADEGAN,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MERRICK B. GARLAND, Attorney General of the United States; ALEJANDRO MAYORKAS, Secretary, United States Department of Homeland Security; UR MENDOZA JADDOU, Director of United States Citizenship and Immigration Services; TED H. KIM, Acting Associate Director Refugee, Asylum and International Directorate; CHRISTOPHER A. WRAY, Director of the Federal Bureau of Investigations,<br><br>　　　　　　　　　　Defendants. | Case No.: 22-CV-1310 JLS (MDD)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR FILING OF RESPONSIVE PLEADING**<br><br>(ECF No. 3) |

Presently before the Court is Plaintiff Shiva Akhavizadegan and Defendants Merrick Garland, Alejandro Mayorkas, Ur Mendoza Jaddou, Ted H. Kim, and Christopher A. Wray's (collectively, "Defendants") Joint Motion to Extend Time for Filing of Responsive Pleading ("Joint Mot.," ECF No. 3). Plaintiff is seeking adjudication of her asylum application, which is now pending before U.S. Citizenship and Immigration Services

("USCIS"). Joint Mot. at 1. The Parties are currently working towards an extrajudicial resolution of the dispute. *Id.* USCIS estimates that it can complete adjudication of Plaintiff's asylum application within 120 days. *Id.* at 1–2. Accordingly, the Parties have agreed that additional time before Defendants' filing of the responsive pleading is warranted. *Id.* at 2.

Good cause appearing, the Court **GRANTS** the Parties' Joint Motion. Defendants must file their response to Plaintiff's Complaint (ECF No. 1) on or before March 31, 2023.

**IT IS SO ORDERED.**

Dated: October 13, 2022

Hon. Janis L. Sammartino
United States District Judge